# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

HERBERT L MCKINNEY

     VS                                  CASE NO. 4:04-cv-00124-RH-WCS

JAMES V CROSBY,

## REFERRAL AND ORDER

The motion/pleading was filed by plaintiff on (document #37), and referred to Magistrate Judge William C. Sherrill on 06/09/2005.

Summary of motion/pleading:   MOTION for Extention of Time


WILLIAM M. MCCOOL, CLERK OF COURT


_____s/ Valerie Rhaburn_____
DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 10th day of June, 2005, the requested relief is **GRANTED.**  Petitioner's time for filing a reply to the Respondent's response is extended to June 21, 2005.


_____S/ William C. Sherrill_____
UNITED STATES MAGISTRATE JUDGE