**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**HERBERT L. McKINNEY,**

　　**Petitioner,**

**vs.**　　　　　　　　　　　　　　　　　　**CASE NO.  4:04cv124-RH/WCS**

**JAMES CROSBY,**

　　**Respondent.**
_____/

## O R D E R

It has been brought to my attention that the docket entry for document 60 (the recent report and recommendation) states that objections may be filed by March 30, 2006.  The standard period of objections that I use, as set forth in the report and recommendation, is 15 days after service.  Doc. 60, p. 29.  The docketing clerk normally adds 15 days plus 3 days for service, and probably meant for this entry to read March 20, 2006, since service was on March 2, 2006.  To resolve this inconsistency, it is **ORDERED** that the period for objections is extended to March 30, 2006.

　　**DONE AND ORDERED** on March 14, 2006.

　　　　　　　　　　　　　　　　　　　　　s/   William C. Sherrill, Jr.
　　　　　　　　　　　　　　　　　　　　　**WILLIAM C. SHERRILL, JR.**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**