# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HERBERT L. McKINNEY,

    Petitioner,

v.                        CASE NO.   4:04cv124-RH/WCS

JAMES CROSBY,

    Respondent.

_____/

## ORDER DENYING PETITION AND
## GRANTING CERTIFICATE OF APPEALABILITY

    This matter is before the court on the magistrate judge's report and recommendation (document 60), and the objections thereto (document 62).  I have reviewed de novo the issues raised by the objections.  Upon consideration,

    IT IS ORDERED:

    1.  The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The petition challenging the conviction for possession of cocaine with intent to sell, possession of less than 20 grams of cannabis, and possession of drug paraphernalia in the Circuit Court,  Second Judicial Circuit, Franklin County, Florida, case number 00-179-CFA, is DENIED with prejudice.

The clerk shall enter judgment accordingly.

2. A certificate of appealability is hereby granted on the issue of whether petitioner's counsel provided ineffective assistance with respect to a possible motion to suppress based on unconstitutional detention of petitioner's vehicle at the traffic checkpoint at issue after all traffic-related purposes of the stop were satisfied and before an officer saw contraband thrown from the vehicle.

SO ORDERED this 1st day of April, 2006.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge